UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO. CR318-00011-1 |
| VS. | ) | |
| | ) | |
| VERTIS RYALS, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Application for Leave of Absence filed by MARTIN G. HILLIARD, Counsel for Defendant VERTIS RYALS, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for December 21, 2018, December 24, 2018, December 26, 2018 through December 28, 2018, and December 31, 2018 is GRANTED.

This 6th day of December, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC -6 PM 1:36
CLERK J. Hodge
SO. DIST. OF GA.