FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 DEC 20 PM 4: 04

CLERK _Burton_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA )
)
v. )  Case No. 3:18cr00011
)
)
)
VERTIS RYALS )

## ORDER

This matter comes before the Court on the Government's motion for Defendant's bond money to be turned over and applied towards Defendant's outstanding restitution balance.

The Court, having read and considered the Government's motion and the balance of the record, hereby **GRANTS** the Government's motion (doc. no. 29).

The Clerk of the United States District Court for the Southern District of Georgia is directed to apply the $1,000.00, plus all accrued interest, currently on deposit in the Court Registry as security for Defendant's appearance bond, as payment towards the Defendant's balance of criminal monetary penalties. Said payment shall be applied in the order prescribed in the Judgment imposed on December 17, 2018.

IT IS SO ORDERED, this 20th day of December, 2018.

UNITED STATES DISTRICT JUDGE

1